## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CHERYL BROWN,

     Plaintiff,

vs.                                                                    Case No. CIV-16-272-C

HUDIBURG AUTO GROUP, INC., and
HUDIBURG CHEVROLET, LLC,

     Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Cheryl Brown, by and through their attorney of record, Mark Hammons, of Hammons, Gowens, Hurst & Associates, and Defendants, Hudiburg Auto Group, Inc., and Hudiburg Chevrolet, LLC, by and through their attorney of record, Hilary S. Allen, of Durbin, Larimore & Bialick , and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to dismiss this case with prejudice. Each party is to bear their own costs and fees.

*s/ Mark Hammons*

Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA No. 21231
Hammons, Gowens, Hurst & Associates
325 Dean A. McGee Avenue
Oklahoma City, OK 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Amberh@hammonslaw.com
Counsel for Plaintiff
*(Signed by Filing Attorney with permission of Plaintiff Attorney)*

17440834_1.wpd 3320.0004

*s/ Hilary S. Allen*

Hilary S. Allen, OBA #16979
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
E-Mail: dlb@dlb.net
Attorneys for Defendants